

FILED

APR 1 9 2018

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY FORTIN,<br><br>Defendant. | VIOLATION:<br>6563281<br><br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $250 and a $30 processing fee for VN 6563281. The defendant shall pay the fine amount of $280 in full by April 19, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter is VACATED.

DATED this 18th day of April, 2018.

John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE 4-19-18 BY MS

CUB
AUSA
DFT